## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    RAYMOND E. MARKS, JR.                          Case No.: 1-16-02792-HWV
    LAURA E. MARKS                                 Chapter 13
            Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | BANK OF AMERICA |
| Court Claim Number: | 12 |
| Last Four of Loan Number: | 4521 Devonshire - PRE-ARREARS - 8699 |
| Property Address if applicable: | 4521 DEVONSHIRE ROAD, , HARRISBURG, PA17109 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $88.55 |
| b. | Prepetition arrearages paid by the Trustee: | $88.55 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $88.55 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2021            Respectfully submitted,

           s/ Charles J. DeHart, III, Trustee
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA 17036
           Phone: (717) 566-6097
           Fax: (717) 566-8313
           eMail: dehartstaff@pamd13trustee.com

Creditor Name: BANK OF AMERICA
Court Claim Number: 12

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1172667 | 09/19/2017 | $88.55 | $0.00 | $88.55 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RAYMOND E. MARKS, JR.  Case No.: 1-16-02792-HWV
LAURA E. MARKS  Chapter 13
　　　　Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER PA, 17331- | SERVED ELECTRONICALLY |
| BANK OF AMERICA<br>PO BOX 31785<br>TAMPA, FL, 33631-3785 | SERVED BY 1ST CLASS MAIL |
| RAYMOND E. MARKS, JR.<br>LAURA E. MARKS<br>4521 DEVONSHIRE ROAD<br>HARRISBURG, PA 17109 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2021

s/　Liz Joyce
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com