In re:                                              Case No. 16-02792-HWV

Raymond E. Marks, Jr.                          Chapter 13

Laura E. Marks

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                            Page 1 of 3

Date Rcvd: Apr 20, 2021                      Form ID: 3180W                          Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol           Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond E. Marks, Jr., Laura E. Marks, 4521 Devonshire Road, Harrisburg, PA 17109-1545 |
| 4808030 | + | Allisa Marks, 4521 Devonshire Road, Harrisburg, PA 17109-1545 |
| 4808033 | | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 4808047 | | Pennsylvania Psychiatric Institute, PO Box 1855, Harrisburg, PA 17105 |
| 4808048 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 4852553 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 4808054 | | Western Alliance Bank, PO Box 742628, Cincinnati, OH 45274-2628 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4814990 | | EDI: GMACFS.COM | Apr 20 2021 22:48:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 4808031 | + | EDI: GMACFS.COM | Apr 20 2021 22:48:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 4848449 | | EDI: BANKAMER.COM | Apr 20 2021 22:48:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL, 33631-3785 |
| 4808032 | + | EDI: BANKAMER.COM | Apr 20 2021 22:48:00 | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 4826800 | | EDI: CAPITALONE.COM | Apr 20 2021 22:48:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4808034 | | EDI: CAPITALONE.COM | Apr 20 2021 22:48:00 | Capital One MasterCard, PO Box 71083, Charlotte, NC 28272-1083 |
| 4808036 | + | EDI: CITICORP.COM | Apr 20 2021 22:48:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 4808037 | + | EDI: NAVIENTFKASMDOE.COM | Apr 20 2021 22:48:00 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4808042 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 20 2021 18:46:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 4808035 | | EDI: JPMORGANCHASE | Apr 20 2021 22:48:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 4845439 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2021 19:02:54 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4840703 | + | EDI: MID8.COM | Apr 20 2021 22:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 4808046 | + | Email/Text: unger@members1st.org | Apr 20 2021 18:46:00 | Members 1ST FCU, 5000 Louise Drive, P.O. Box 40, Mechanicsburg, PA 17055-0040 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4808045 | + | Email/Text: unger@members1st.org | Apr 20 2021 18:46:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 4843728 | | EDI: NAVIENTFKASMDOE.COM | Apr 20 2021 22:48:00 | Navient Solutions Inc obo the dept of education, Navient Solutions Inc, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4808049 | | EDI: CITICORP.COM | Apr 20 2021 22:48:00 | Sears MasterCard, PO Box 9001055, Louisville, KY 40290-1055 |
| 4808050 | + | EDI: RMSC.COM | Apr 20 2021 22:48:00 | Syncb/Maaco & Meineke, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 4808051 | + | EDI: RMSC.COM | Apr 20 2021 22:48:00 | Syncb/Oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 4808052 | + | EDI: RMSC.COM | Apr 20 2021 22:48:00 | Syncb/Pep Boys, C/O Po Box 965036, Orlando, FL 32896-0001 |
| 4808053 | + | EDI: RMSC.COM | Apr 20 2021 22:48:00 | Syncb/Sleepys, Po Box 965036, Orlando, FL 32896-5036 |
| 4808044 | | EDI: USBANKARS.COM | Apr 20 2021 22:48:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |
| 4812647 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 20 2021 18:46:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 4850835 | | EDI: CAPITALONE.COM | Apr 20 2021 22:48:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 4808055 | + | EDI: CAPITALONE.COM | Apr 20 2021 22:48:00 | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| 4808038 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4808039 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4808040 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4808041 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4808043 | *+ | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Bank of America N.A. pamb@fedphe.com |
| Nicholas G. Platt | on behalf of Debtor 1 Raymond E. Marks Jr. ngp@mooney4law.com, plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Laura E. Marks ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| Stephen Wade Parker | on behalf of Debtor 2 Laura E. Marks Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 Raymond E. Marks Jr. Mooneybkecf@gmail.com, R61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Raymond E. Marks Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–3268<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Laura E. Marks<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–9471<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–02792–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond E. Marks Jr.    Laura E. Marks

**By the court:**  *(signed)*

4/20/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**